UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TAYLOR, | No. 2:11-cv-00914-MCE-KJN |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| CALIFORNIA DEPARTMENT OF HIGHWAY PATROL, et al., | |
| Defendants. | |

----oo0oo----

Plaintiff initiated this action on April 5, 2011. That same day, this Court issued its Order Requiring Joint Status Report (ECF No. 5) requiring Plaintiff to, among other things, serve all parties within one hundred and twenty (20) days of filing of the complaint and file a joint status report within sixty (60) days of service of the complaint on any party. To date, nothing has been filed. Accordingly, on January 11, 2011, this Court issued an Order to Show Cause ("OSC") (ECF No. 6) as to why this case should not be dismissed for failure to adhere with the Federal Rules of Civil Procedure, Eastern District of California Local Rules and/or the orders of this Court.

By that OSC, the Court warned Plaintiff that a failure to respond to the Court's Order would result in dismissal of this action with prejudice and upon no further notice to any party. Plaintiff nonetheless failed to file a response to the OSC.  This action is therefore DISMISSED without leave to amend.  Fed. R. Civ. P. 41(b); E.D. Cal. 110.  The Clerk of the Court is directed to close this case.

     IT IS SO ORDERED.

Dated: January 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE